# Toon *v*. Finney.

### *Bill in Equity to set aside Award.*

1. *Presumption in favor of decree.*—Where a decree is rendered on pleadings and proof, and the testimony is not set out in record, this court will presume that the decree was sustained by the proof.

APPEAL from the Chancery Court of Jackson.
Heard before the Hon. N. S. GRAHAM.

JONES & COULSON, for appellant.

ROBINSON & BROWN, *contra.*

SOMERVILLE, J.—The present case seems to have been submitted to the chancellor, and decided by him, upon the *pleadings and proof*, the proof consisting of a very large number of depositions. These depositions have all been omitted from the record, and in their absence we are bound to presume

in favor of the correctness of the chancellor's decree dismiss-
ing the bill. The presumption is, that the allegations of the
appellant's bill were not sustained by the proof; and the decree
is accordingly affirmed.